**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY, | Case No. CV 16-1216 FMO (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| TOPEKA VILLAGE, LLC, | |
| Defendant. | |

Pursuant to the Court's Order Re: Application for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS HEREBY ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff Shirley Lindsay against defendant Topeka Village, LLC, in the amount of $8,535.00 for statutory damages, costs and attorney's fees. The total amount is allocated as follows:

   A. Statutory damages in the amount of $4,000.00.

   B. Attorney's fees in the amount of $3,740.00.

   C. Costs in the amount of $795.00.

2. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 26th day of August, 2016.

/s/<br>
Fernando M. Olguin<br>
United States District Judge